

NUMBERS 13-10-00460-CV AND 13-10-00461-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LUIS GUERRERO,                                                    Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

On Appeal from the 24th District Court
of Goliad County, Texas.

# MEMORANDUM OPINION

**Before Justices Garza, Vela, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Luis Guerrero, filed appeals from judgments entered by the 24th District

Court of Goliad County, Texas, in cause numbers 08-11-4453-CR and 08-11-4454-CR.

Appellant has filed a motion to dismiss the appeals and requests that this Court dismiss

the appeals.

The Court, having considered the documents on file and appellant's motion to dismiss the appeals, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeals are hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Delivered and filed
the 14th day of April, 2011.